No. 93–7178.  DAVIS v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 93–7179.  KELLER v. DOMOVICH, SUPERINTENDENT, PENNSYLVANIA STATE CORRECTIONAL INSTITUTION AT PITTSBURGH, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 93–7180.  FIELDS v. CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 93–7181.  RUSSEL v. CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 93–7183.  MU'MIN v. THOMPSON, WARDEN.  C. A. 4th Cir.  Certiorari denied.

No. 93–7184.  MORRIS v. CHRISTIAN HOSPITAL.  C. A. 8th Cir.  Certiorari denied.

No. 93–7185.  ROBINSON v. WELBORN ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 93–7187.  PORTER v. MICHAEL REESE HOSPITAL AND MEDICAL CENTER.  C. A. 7th Cir.  Certiorari denied.

No. 93–7188.  RICHMOND v. WATERS, WARDEN, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 93–7191.  WILLIAMS v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 93–7192.  WHITFIELD v. MITCHELL ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 93–7193.  THAKKAR v. DEBEVOISE, JUDGE, UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY.  C. A. 3d Cir.  Certiorari denied.

No. 93–7194.  TAPE v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 93–7195.  WARREN v. CITY OF GRAND RAPIDS.  C. A. 6th Cir.  Certiorari denied.

No. 93–7196.  SLOAN v. ALAMEDA COUNTY SOCIAL SERVICES AGENCY.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.